...

JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
PAUL "PETE" N. McCLOSKEY (SBN 24541)
rumseyfarm@aol.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
SARVENAZ "NAZY" J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs Save The Bay, Committee for Green Foothills, and Citizens' Committee to Complete the Refuge*

ALLISON LAPLANTE (to be admitted pro hac vice)
laplante@lclark.edu
JAMES SAUL (to be admitted pro hac vice)
jsaul@lclark.edu
**EARTHRISE LAW CENTER**
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard
Portland, OR 97219
Telephone: (503) 768-6894
Facsimile: (503) 768-6642

*Attorneys for Plaintiff San Francisco Baykeeper*

**IN UNITED STATES DISTRICT COURT**

**FOR NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SAN FRANCISCO BAYKEEPER; SAVE THE BAY; COMMITTEE FOR GREEN FOOTHILLS; and CITIZENS' COMMITTEE TO COMPLETE THE REFUGE,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. ENVIRONMENTAL PROTECTION AGENCY, and ANDREW R. WHEELER,** in his official capacity as Administrator of the U.S. Environmental Protection Agency**,**<br><br>Defendants. | CASE NO. 3:19-cv-05941-SK<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE: CASE NO. 3:19-cv-05941-SK**

# **PROOF OF SERVICE**

I am employed in the County of San Mateo. I am over the age of 18 years and not a party to this action. My business address is the Law Offices of Cotchett, Pitre & McCarthy, LLP, San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, California, 94010. On this day, I served the following document(s) in the manner described below:

1. **COMPLAINT**
2. **CIVIL COVER SHEET**
3. **NOTICE OF APPEARANCE OF ERIC J. BUESCHER ON BEHALF OF PLAINTIFFS SAVE THE BAY, COMMITTEE FOR GREEN FOOTHILLS, AND CITIZENS' COMMITTEE TO COMPLETE THE REFUGE**
4. **NOTICE OF APPEARANCE OF SARVENAZ J. FAHIMI ON BEHALF OF PLAINTIFFS SAVE THE BAY, COMMITTEE FOR GREEN FOOTHILLS, AND CITIZENS' COMMITTEE TO COMPLETE THE REFUGE**
5. **SUMMONS RE US ENVIRONMENTAL PROTECTION AGENCY**
6. **SUMMONS RE ANDREW WHEELER**
7. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
8. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
9. **NOTICE OF A LAWSUIT AND REQUEST TO WAIVER SERVICE OF SUMMONS**
10. **WAIVER OF THE SERVICE OF SUMMONS**
11. **ECF REGISTRATION INFORMATION**
12. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**
13. **MAGISTRATE JUDGE SALLIE KIM'S PROFILE PAGE**
14. **STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM**
15. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

///

///

///

///

✓ **VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED:** I am readily familiar with this firm's practice for causing documents to be served by certified mail with return receipt requested. Following that practice, I caused the sealed envelope containing the aforementioned document(s) to be delivered via certified mail with return receipt requested to the addressee(s) specified below.

| | |
|---|---|
| William Barr<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | **ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA** |
| Civil Process Clerk<br>United States Attorney General<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | **ATTORNEY GENERAL FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
| U.S. Environmental Protection Agency<br>Office of the General Counsel 2310A<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 | **DEFENDANT** |
| Andrew Wheeler<br>U.S. Environmental Protection Agency<br>Office of the General Counsel 2310A<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 | **DEFENDANT** |

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed at Burlingame, California, on October 1, 2019.

JENNIFER TUNG