JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
PAUL "PETE" N. McCLOSKEY (SBN 24541)
rumseyfarm@aol.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
SARVENAZ "NAZY" J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs Save The Bay, Committee for Green Foothills, and Citizens' Committee to Complete the Refuge*

ALLISON LAPLANTE (admitted *pro hac vice*)
laplante@lclark.edu
JAMES SAUL (admitted *pro hac vice*)
jsaul@lclark.edu
**EARTHRISE LAW CENTER**
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard
Portland, OR 97219
Telephone: (503) 768-6894
Facsimile: (503) 768-6642

*Attorneys for Plaintiff San Francisco Baykeeper*
*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAN FRANCISCO BAYKEEPER, *et al.*,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,**<br><br>Defendants. | Case No. 3:19-cv-05941-WHA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Initial CMC Date: 01/02/2020<br>Time: 11:00 am<br>Courtroom: 12<br>   450 Golden Gate Ave., San Francisco<br>Judge: Hon. William H. Alsup<br>Trial Date: None set<br>Action Filed: September 24, 2019 |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATE: December 17, 2019

Respectfully Submitted,

SAN FRANCISCO BAYKEEPER

/s/ Nicole C. Sasaki
_____

Allison M. LaPlante
James N. Saul
EARTHRISE LAW CENTER
Lewis & Clark Law School

Nicole C. Sasaki
SAN FRANCISCO BAYKEEPR, INC.

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

Additional Counsel:

NICOLE C. SASAKI (SBN. 298736)
nicole@baykeeper.org
SAN FRANCISCO BAYKEEPER, INC.
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160

*Local Counsel for Plaintiff San Francisco Baykeeper*