JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
PAUL "PETE" N. McCLOSKEY (SBN 24541)
rumseyfarm@aol.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
SARVENAZ "NAZY" J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs Save The Bay, Committee for Green Foothills,
and Citizens' Committee to Complete the Refuge*

# IN UNITED STATES DISTRICT COURT

# FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAN FRANCISCO BAYKEEPER; SAVE THE BAY; COMMITTEE FOR GREEN FOOTHILLS; and CITIZENS' COMMITTEE TO COMPLETE THE REFUGE,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. ENVIRONMENTAL PROTECTION AGENCY, and ANDREW R. WHEELER,** in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>Defendants. | CASE NO. 3:19-cv-05941-WHA<br><br>**PLAINTIFFS SAVE THE BAY, COMMITTEE FOR GREEN FOOTHILLS, AND CITIZENS' COMMITTEE TO COMPLETE THE REFUGE'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**PLAINTIFFS SAVE THE BAY, COMMITTEE FOR GREEN FOOTHILLS, AND CITIZENS' COMMITTEE TO COMPLETE THE REFUGE'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; CASE NO. 3:19-cv-05941-WHA**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 17, 2019        **COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Eric J. Buescher*
            JOSEPH W. COTCHETT
            PAUL "PETE" N. McCLOSKEY
            ERIC J. BUESCHER
            SARVENAZ "NAZY" J. FAHIMI

*Attorneys for Plaintiffs Save The Bay, Committee for Green Foothills, and Citizens' Committee to Complete the Refuge*


LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

**PLAINTIFFS SAVE THE BAY, COMMITTEE FOR GREEN FOOTHILLS, AND CITIZENS' COMMITTEE TO COMPLETE THE REFUGE'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; CASE NO. 3:19-cv-05941-WHA**

1