JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
PAUL "PETE" N. McCLOSKEY (SBN 24541)
rumseyfarm@aol.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
SARVENAZ "NAZY" J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000 / Facsimile: (650) 697-0577

*Attorneys for Plaintiffs Save The Bay, Committee for Green Foothills, and Citizens' Committee to Complete the Refuge*

ALLISON LAPLANTE (Admitted *Pro Hac Vice*)
laplante@lclark.edu
JAMES SAUL (Admitted *Pro Hac Vice*)
jsaul@lclark.edu
**EARTHRISE LAW CENTER**
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard
Portland, OR 97219
Telephone: (503) 768-6894 / Facsimile: (503) 768-6642

*Attorneys for Plaintiff San Francisco Baykeeper*
*Additional Counsel Listed on Signature Page*

**IN UNITED STATES DISTRICT COURT**

**FOR NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. <br><hr> STATE OF CALIFORNIA, by and through XAVIER BECERRA, Attorney General, <br><br> Plaintiff, <br><br> ANDREW WHEELER, *et al.* <br><br> Defendants. | CASE NO. 3:19-cv-05941-WHA (related) <br><br> CASE NO. 4:19-cv-05943-WHA (related) <br><br> **PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO REDWOOD CITY PLANT SITE, LLC'S MOTION TO INTERVENE** <br><br> Date:  January 30, 2020 <br> Time:  8:00 a.m. <br> Ctrm:  Courtroom 9, 19th Floor <br> Judge: Hon. William H. Alsup |

**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO REDWOOD CITY PLANT SITE, LLC'S MOTION TO INTERVENE; Case No. 3:19-cv-05941-WHA**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiffs respectfully submit this Statement of Non-Opposition to Redwood City Plant Site, LLC's Motion to Intervene.

Dated: January 6, 2020			**COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Eric J. Buescher*
	JOSEPH W. COTCHETT
	PAUL "PETE" N. McCLOSKEY
	ERIC J. BUESCHER
	SARVENAZ "NAZY" J. FAHIMI

*Attorneys for Plaintiffs Save The Bay, Committee for Green Foothills, and Citizens' Committee to Complete the Refuge*

**EARTHRISE LAW CENTER**

	ALLISON LAPLANTE
	JAMES SAUL

**SAN FRANCISCO BAYKEEPER, INC.**

	NICOLE C. SASAKI
	nicole@baykeeper.org
	**SAN FRANCISCO BAYKEEPER, INC.**
	1736 Franklin Street, Suite 800
	Oakland, California 94612
	Telephone: (510) 735-9700
	Facsimile: (510) 735-9160

*Attorneys for Plaintiff San Francisco Baykeeper*

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO REDWOOD CITY PLANT SITE, LLC'S MOTION TO INTERVENE; Case No. 3:19-cv-05941-WHA** 1