IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER; SAVE THE BAY; COMMITTEE FOR GREEN FOOTHILLS; CITIZENS' COMMITTEE TO COMPLETE THE REFUGE; and STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY AND ITS ADMINISTRATOR, <br><br> Defendants, <br><br> REDWOOD CITY PLANT SITE, LLC, <br><br> Intervenor-Defendants. | Case No: 3:19-cv-05941-WHA (lead case) <br><br> Consolidated with <br><br> Case No: 3:19-cv-05943-WHA <br><br><br> **CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD** |

CERTIFIED INDEX

I, John Goodin, am the Office Director of the Office of Wetlands, Oceans and Watersheds within the Office of Water for the U.S. Environmental Protection Agency. I certify to the best of my knowledge and belief, and based on the representations of my staff, that the materials listed on the attached index constitute the complete administrative record for purposes of judicial review of the Agency's March 1, 2019 special-case Clean Water Act jurisdictional determination pertaining to 1,365 contiguous acres comprising the Redwood City Salt Plant site in Redwood City, San Mateo County, California.

In witness whereof, I have signed this statement on March 4, 2020, at Washington, D.C.

*/s/ John Goodin*
John Goodin

Office Director
Office of Wetlands, Oceans & Watersheds
Office of Water
U.S. Environmental Protection Agency
Washington, D.C.