**Redwood City Salt Plant JD (March 1, 2019) Administrative Record Index**

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR00001 | Redwood City Salt Plant Jurisdictional Determination, with cover letter from Andrew Wheeler, EPA, to R.D. James, Army | 2019-03-01 | EPA |
| AR00016 | Cargill JD Request letter (2 attachments and 25 exhibits listed seperately) | 2012-05-30 | Redwood City Saltworks |
| AR00023 | Letter Attachment A:  Letter to Alicia Aguirre, Mayor, City of Redwood City on Withdrawal of Proposal (May 4, 2012) | 2012-05-04 | Redwood City Saltworks |
| AR00027 | Letter Attachment B:  Approved JD Submission May 30, 2012 | 2012-05-30 | Redwood City Saltworks |
| AR00069 | Letter Exhibit 1:   Map of San Francisco Bay Area | | WRA, Inc. |
| AR00071 | Letter Exhibit 2:  Map of Redwood City Salt Plant | 2012-02-17 | WRA, Inc. |
| AR00073 | Letter Exhibit 3:  Overview of Former and Current Salt Production Areas | 2012-02-07 | WRA, Inc. |
| AR00075 | Letter Exhibit 4:  Map of Redwood City Salt Plant Area Prior to Salt Construction | | WRA, Inc. |
| AR00077 | Letter Exhibit 5:  Early History Report | 2012-02-27 | WRA, Inc. |
| AR00103 | Letter Exhibit 6:  Summary of Historic Levee Construction | 2012-02 | WRA, Inc. |
| AR00105 | Letter Exhibit 7:  Marsh Elevations Report | 2012-02-27 | WRA, Inc. |
| AR00113 | Letter Exhibit 8:  War Department Permit issued to Stauffer Chemical Company ("1940 Permit") | 1940-01-16 | War Dept. |
| AR00118 | Letter Exhibit 9:  Exhibit 9 Listings of Navigable Waters in the South Pacific Division (1932, 1958, 1965, 1971) | various | War Dept. / ACOE |
| AR00141 | Letter Exhibit 10:  Exhibit 10 Redwood City Salt Plant Crystallizer Grading Drawings 772 (1949) | 1949-00 | Leslie Salt Company |
| AR00145 | Letter Exhibit 11: Corps SF District Public Notices No. 71-22 (June 11, 1971) and No 71-22(a) (Jan 18, 1972) | various | ACOE |
| AR00148 | Letter Exhibit 12:  Letter from Clarke to Reuss, House Subcomm on Conservation and NR (Feb 9, 1972) | 1972-02-09 | ACOE |
| AR00153 | Letter Exhibit 13:  Statement by Col Charles Roberts to Fremont Recreation Commission (Jan 20, 1971) | 1971-01-20 | ACOE |

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR00164 | Letter Exhibit 14:  Secretary of War, Reports on Prelim Exam and Survey of Redwood City Harbor (1917) | 1917-00 | War Dept. |
| AR00188 | Letter Exhibit 15:  Statement of Brig Gen Glasgow before Subcomm on Conservation and NR (Aug 20, 1969) | 1969-08-20 | ACOE |
| AR00208 | Letter Exhibit 16:  Letter Col Roberts to SF Bay Conservation and Development Commission (Dec 9, 1970) | 1970-12-09 | ACOE |
| AR00211 | Letter Exhibit 17:  Defendants' Admission No 16, Leslie Salt Co v. Froehlke, (Mar 17, 1974) | 1974-03-14 | ACOE |
| AR00217 | Letter Exhibit 18:  Report Appl for Permit Hahn (Apr 25, 1975), Flertzheim to Barrett (May 7, 1975) | 1975-05-07 | ACOE |
| AR00222 | Letter Exhibit 19:  Memorandum from Steven L. Stockton  to South Pacific Division Commander, The "normal circumstances" concept as applied to Cargill's plant site at Redwood City (Oct 2, 2009) | 2009-10-02 | ACOE |
| AR00231 | Letter Exhibit 20:  Memorandum from Daniel W. McGovern, EPA Region 9, Geographical Extent of CWA Jurisdiction at Bolsa Chica, CA (Feb 10, 1989) | 1989-02-10 | EPA |
| AR00326 | Letter Exhibit 21:  Excerpts, Preliminary Jurisdictional Determination Form for Redwood City Salt Production Facility by DMB Saltworks | 2010-01-21 | DMB Saltworks |
| AR00354 | Letter Exhibit 22:  Letter from Jane Hicks, ACOE, SFD, to David Smith, DMB Associates,  File 26726S, Ppreliminary Jurisdictional Determination | 2010-04-14 | ACOE |
| AR00360 | Letter Exhibit 23:  Michael Josselyn 2002 Special Aquatic Habitat Assessment (June 2002) | 2002-06 | WRA, Inc. |
| AR00376 | Letter Exhibit 24:  WRA, Inc., Evaluation of Saltworks Hydrologic, Physical, Chemical, and Biological/Ecological Functions and Effects on Surrounding Areas (Feb. 27, 2012) | 2012-02-27 | WRA, Inc. |
| AR00381 | Letter Exhibit 25:   Letter to Alicia Aguirre, Mayor, City of Redwood City on Withdrawal of Proposal (May 4, 2012) | 2012-05-04 | Redwood City Saltworks |
| AR00385 | Saltworks PJD Package submittal (Final) | 2009-11-12 | ACOE |
| AR00480 | Regulatory Guidance Letter No. 16-01 | 2016-11 | ACOE |
| AR00488 | Email from Major General John W. Peabody, ACOE, to Kenneth J. Kopocis, Deputy Assistant Administrator for Water, EPA | 2015-03-18 | ACOE |
| AR00491 | Major General John W. Peabody, ACOE, "Basis for Clean Water Act and Rivers and Rivers and Harbors Act of 1899 Section 10 Approved Jurisdictional Determination, Redwood City Saltworks" | 2015-03-18 | ACOE |
| AR00500 | Major General John W. Peabody, ACOE, "Basis for Rivers and Harbors Act of 1899 Section 10 Approved Jurisdictional Determination, Redwood City Saltworks" ("ACOE RHA JD") | 2015-03-19 | Cargill / DMB |

Redwood City Salt Plant JD (March 1, 2019) Administrative Record Index

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR00505 | ACOE RHA JD - Attachment 1: Saltworks Request for AJD 20120530 | 2012-05-30 | ACOE |
| AR00512 | ACOE RHA JD - Attachment 2: Jo-Ellen Darcy, Assistant Secretary of the Army (Civil Works), Memorandum for the Chief of Engineers, Subject: Redwood City, California; Direction for Processing Cargill, Inc's | 2014-11-07 | ACOE |
| AR00514 | ACOE RHA JD - Attachment 3: Map, Approved Jurisdictional Determination; Redwood City Salt Plant | 2015-03-19 | ACOE |
| AR00515 | ACOE RHA JD - Attachment 4: Memorandum from Earl H. Stockdale, Chief Counsel, ACOE, "Legal Principles to Guide the Approved Jurisdictional Determination for the Redwood City Salt Plant" | 2014-01-09 | ACOE |
| AR00540 | ACOE RHA JD - Attachment 5: Memorandum from Earl H. Stockdale, Chief Counsel, ACOE, "Supplement to 'Legal Principles to Guide the Approved Jurisdictional Determination for the Redwood City Salt Plant' 9 | 2015-04-03 | ACOE |
| AR00547 | ACOE RHA JD - Attachment 6: Josselyn Analysis 20120829 (attachment to Cargill/DMB JD request) | 2012-08-29 | Cargill / DMB |
| AR00558 | ACOE RHA JD - Attachment 7: Public notices and Jan 16, 1940 permit for Stauffer Chemical Co application for permit to place dam on First Slough | 1939-12-09 | War Dept. |
| AR00564 | ACOE RHA JD - Attachment 8: Calvin Fong, Chief, Regulatory Functions Branch, Regulatory Functions Bulletin Memorandum: Regulatory Functions Policy on Section 10 Jurisdiction Behind Dikes (Levees) | 1983-05-25 | ACOE |
| AR00566 | ACOE RHA JD - Attachment 9 - Omaha District GIS analysis double sided sloughs |  | ACOE |
| AR00575 | NAO-RFA FORM_Redwood City Salt Plant | 2015-03-19 | ACOE |
| AR00577 | San Francisco Estuary Institute, Redwood City Saltworks Technical Memo | 2016-03-22 | SFEI |
| AR00639 | ACOE, San Francisco District - Permit summary for South Bay projects from 1905-2010 (Information from Calvin Fong Declaration in support of Motion for Partial Summary Judgement, Cargill v. Shannon, No. | 2013-06-20 | ACOE |
| AR00645 | 1947 RHA Section Permit Issued to Leslie Salt Company | 1947-04-28 | US War Dept |
| AR00651 | Notice of Public Hearing and NPDES Application for Leslie Salt Company, Redwood City Facility Wet Weathe | 1982-09-30 | SF RWQCB |
| AR00663 | WDID 2417125001, Order No. 82-59, NPDES No. CA0028690, Waste Discharge Requirements for Leslie Salt Company, Redwood City Facility | 1982-11 | SF RWQCB |
| AR00667 | WDID 2417125001, Order No. 88-163, NPDES No. CA0028690, Waste Discharge Requirements for Leslie Salt Company, Redwood City Facility | 1988-11 | SF RWQCB |
| AR00678 | Notice of Intent for Existing Facility Operators to Comply with the Terms of the General Permit to Discharge Stormwater Associated with Industrial Activity, WQ Order No. 97-03-DWQ (includes NOI dated | 1997-06-11 | SWRCB |

Redwood City Salt Plant JD (March 1, 2019) Administrative Record Index

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR00686 | CIWQS - NPDES LT970626 for CARGILL SALT DIVISION (historical) | 2015-10-20 | SF RWRCB |
| AR00688 | Annual Report for Storm Water Discharges Associated with Industrial Activities (Redwood City Plant) 2008-09 | 2009-06-30 | SF RWRCB |
| AR00722 | Annual Report for Storm Water Discharges Associated with Industrial Activities (Redwood City Plant) 2009-10 | 2010-07-08 | SF RWRCB |
| AR00756 | Annual Report for Storm Water Discharges Associated with Industrial Activities (Redwood City Plant) 2012-13 | 2013-07-01 | SF RWRCB |
| AR00796 | Cargill Salt's Completed 2001-02 Maintenance Report (with oversize map excerpts) | 2002-08 | Cargill |
| AR00840 | Department of the Army Regional Permit No. 17040E98 | 1988-08-30 | ACOE |
| AR00852 | Department of the Army Regional Permit No. 19009S98 | 1995-07-10 | ACOE |
| AR00874 | Department of the Army authorization for coverage under Nationwide Permits 3 and 18, File No. 2008-00146S | 2008-04-16 | ACOE |
| AR00888 | Department of the Army authorization for coverage under Nationwide Permits 3 and 18, File No. 2008-00146S | 2008-11-25 | ACOE |
| AR00904 | Department of the Army Permit, File No. 2008-00160S, with cover letter | 2010-09-10 | ACOE |
| AR00912 | Cover Letter to the Cargill Maintenance Work Plan 2015-2016, ACOE Permit 2008-00146S | 2015-02-26 | Cargill |
| AR00915 | Advance Notification of Proposed Work, Cargill Salt's June 2014-May 2015 Maintenance Work Plan, ACOE Permit 2008-00146S | 2014-02-26 | Cargill |
| AR00933 | Cargill Salt Completed Work Plan, June 2013-May 2014, ACOE Permit 2008-00146S | 2014-07-30 | Cargill |
| AR00953 | Cargill Salt Completed Work Plan, June 2014-May 2015, ACOE Permit 2008-00146S | 2015-07-30 | Cargill |
| AR00993 | Letter from Cargill to Lt. Col. Michael J. Walsh, District Engineer, San Francisco District, ACOE | 1995-01-13 | Cargill |
| AR01001 | Letter from Pat Mapelli, Cargill, to Lt. Col. Torrey DiCiro, ACOE, re Cargill Levee Maintenance Permit 2008-00160S | 2010-09-07 | Cargill |
| | *(No pages AR01005-AR01014 due to faulty numbering)* | | |

Redwood City Salt Plant JD (March 1, 2019) Administrative Record Index

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR01015 | Permit No. 4-93 (Mar. 14, 1995, as amended through Aug. 29, 2002), Amendment Three to Permit No. 4-93 | 2002-08-29 | SF BCDC |
| AR01053 | Permit No. 4-93 (Mar. 14, 1995, as amended through Nov. 1, 2006), Amendment Three to Permit No. 4-93 (pp. 19-20) | 2006-11-01 | SF BCDC |
| AR01055 | Email from Jason Brush, EPA, to Jane Hicks, David Smith, Barbara Ransom | 2012-10-30 | EPA |
| AR01056 | Report of Levee Integrity, Bittern Storage Facilities, San Francisco Bay Area, California, Purcell, Rhoades and Associates, prepared for Leslie Salt Company | 1986-04-01 | Leslie Salt Company |
| AR01107 | Letter from Mr. Robert Douglass, Cargill Salt, to Lt. Col. Timothy S. O'Rourke, District Engineer, ACOE, San Francisco District, re Disclaimer of Jurisdiction for Cargill's Redwood City Plant Site | 2002-02-28 | Cargill |
| AR01113 | Letter from Benjamin Grumbles to Secretary Woodley, ACOE (re Los Angeles River special case) | 2008-12-03 | EPA |
| AR01115 | Letter from Jared Blumenfeld, EPA, to Col. Mark Toy, District Engineer, Los Angeles Dist., ACOE (re Santa Cruz River special case) | 2010-07-06 | EPA |
| AR01116 | Letter from Jane Hicks, ACOE, San Francisco District, to David Smith, DMB Pacific Ventures, File 26726S, requesting information on salt making activities | 2014-03-13 | ACOE |
| AR01117 | Letter from Jane Hicks, ACOE, San Francisco District, to David Smith, DMB Pacific Ventures, File 26726S, confirming receipt of JD request, requesting site information, and providing information pertaining to | 2012-07-31 | ACOE |
| AR01489 | DMB Pacific Venture's August 29, 2012 Letter to Jane Hicks, Chief, Regulatory Division, ACOE SFD, with Attachment A | 2012-08-29 | DMB |
| AR01509 | Attachment B to DMB Pacific Venture's August 29, 2012 Letter to Jane Hicks | 2012-08-29 | DMB |
| AR01980 | SPD CDR Commander's Read-Ahead Cover Sheet Saltworks, with fact sheet and aerial photo | 2014-02-12 | ACOE |
| AR01984 | Memorandum from Jared Blumenfeld, Region 9, to Nancy Stoner Office of Water, Special Case Designation - Redwood City Salt Plant Site, San Francisco Bay | 2014-05-14 | EPA |
| AR01985 | Memorandum from Nancy Stoner, Office of Water, to Jared Blumenfeld, Special Case Designation Redwood City Salt Plant Site | 2014-05-30 | EPA |
| AR01986 | Briefing Materials in Support of Request for AJD for DMB Redwood City Saltworks | 2014-06-01 | Redwood City Saltworks |
| AR02010 | Letter from Jared Blumenfeld, Region 9, to John C. Morrow, ACOE, San Francisco District, Redwood City Salt Plant Special Case | 2015-03-18 | EPA |
| AR02011 | Letter from David Smith, Redwood City Saltworks, to John Peabody , ACOE, and Ken Kopocis, EPA re special case decision | 2015-03-19 | Redwood City Saltworks |

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR02014 | Letter from Jared Blumenfeld, Region 9, to John C. Morrow, ACOE, San Francisco District, re Corps Redwood City Salt Plant Records | 2015-04-16 | EPA |
| AR02016 | Letter from David Smith to Sylvia Quast and Jessica Kao, EPA, Region 9 re Special Case | 2015-07-29 | Redwood City Saltworks |
| AR02020 | Email from Sylvia Quast, EPA, Region 9, to Roger Martella, follow up from yesterday, with reply | 2015-10-01 | EPA |
| AR02022 | Email from Roger Martella to EPA, Fwd_ Follow up, with 8 attachments | 2015-10-21 | Cargill / DMB |
| AR02036 | Email from Eneas Kane, DMB, to Jessica Kao, EPA, Region 9, Fwd: Saltworks | 2017-02-22 | DMB |
| AR02038 | EPA Response to " Legal Principles to Guide the Approved Jurisdictional Determination for the Redwood City Salt Plant" of January 9, 2014, US Army Corps of Engineers, with cover letter | 2017-01-13 | EPA |
| AR02048 | Letter from David Smith, DMB Pacific Ventures, to Regulatory Division, ACOE, San Francisco District, File 26726S, responding to request for information on salt making activities | 2014-03-20 | DMB |
| AR02050 | Figure 1. Redwood City Salt Ponds Site Map | 2016-11-21 | EPA |
| AR02051 | Figure 2. Redwood City Salt Ponds Regional Map | 2016-11-21 | EPA |
| AR02052 | Figure 3. Redwood City Salt Ponds History of Site Development (from AJD Application, Ex. 6) | 2016-11-21 | EPA |
| AR02053 | Figure 4a. Vertical and Horizontal Depth Characterization of Redwood City Salt Ponds in Relation to Mean High Water, Index to Survey Transects | 2016-11-21 | EPA |
| AR02054 | Figure 4b. Vertical and Horizontal Depth Characterization of Redwood City Salt Ponds in Relation to Mean High Water, Transects 1-4 | 2016-11-21 | EPA |
| AR02055 | Figure 5. Outline of Contemporary Salt Ponds Boundaries Overlaid on 1897 USCGS T-Sheet Resurvey | 2016-11-21 | EPA |
| AR02056 | Figure 6. Historic Tidal Channels Digitized from 1857 T-Sheet. Channel Depths in First Slough are Derived from the 1858 H-Sheet. Details of Channel Depth in First Slough | 2016-11-21 | EPA |
| AR02057 | Figure 7. Historic Places of Interest in Proximity to Redwood City Salt Ponds | 2016-11-21 | EPA |
| AR02058 | Figure 8a. Sequential Depiction of The Mallard accessing Salt Ponds via Dredge Locks | 2016-11-21 | EPA |
| AR02059 | Figure 8b. Sequential Depiction of The Mallard accessing Salt Ponds via Dredge Locks, Cont. | 2016-11-21 | EPA |

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR02060 | Figure 9. Trophic Structure of Redwood City Salt Ponds | 2016-11-21 | EPA |
| AR02061 | Figure 10. (a) Two gray foxes (Urocyon cinereoargenteus) on Redwood City salt works levee road adjacent to Pond 10 | 2013-02-02 | Matt Leddy |
| AR02061 | Figure 10. (a) Single gray fox on levee road adjacent to Pond 10, Redwood City salt ponds | 2016-03-14 | EPA |
| AR02062 | Figure 11. Federally endangered snowy plover, Charadrius alexandrinus, foraging and roosting in Crystallizer 1 | 2016-11-22 | EPA |
| AR02063 | Table 1. Table of Monthly Precipitation for Redwood City for the Period 2005 to Present | 2016-11-21 | EPA |
| AR02064 | Table 2. Bird species observed at the Redwood City Salt Pond site, their status, foraging guild, observed activity, and recorded occurrence from nearby tidal waters and/or salt ponds | 2016-11-21 | EPA |
| AR02065 | Table 3. Waterbird Counts in Selected Redwood City Salt Ponds between December 2009 and April 21, 2016 (136 observation days) | 2016-11-21 | EPA |
| AR02066 | Table 4. Classification of core salinity ranges of waterbird species observed within Redwood City Salt Ponds from Leddy (2016) and eBird (2016) | 2016-11-21 | EPA |
| AR02069 | Field notes, October 2015 – February 2016, by Robert A. Leidy, EPA | 2015-16 | EPA |
| AR02081 | RWC Pond 7B data Leddy through Jan 7, 2016 | 2016-03-07 | Matt Leddy |
| AR02100 | RWC Pond 7C data Leddy through Jan 7, 2016 | 2016-03-07 | Matt Leddy |
| AR02164 | RWC Pond 10 data Leddy through Jan 7, 2016 | 2016-03-07 | Matt Leddy |
| AR02211 | R. Leidy Photos - Redwood City Saltworks 10.23.2015 | 2015-10-23 | EPA |
| AR02231 | R. Leidy Photos - Redwood City Saltworks 11.03.2015 | 2015-11-03 | EPA |
| AR02307 | R. Leidy Photos - Redwood City Saltworks 11.25.2016 | 2015-11-25 | EPA |
| AR02351 | R. Leidy Photos - Redwood City Saltworks 12.14.2015 | 2015-12-14 | EPA |
| AR02406 | R. Leidy Photos - Redwood City Saltworks 01.07.2016 | 2016-01-07 | EPA |

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR02478 | R. Leidy Photos - Redwood City Saltworks 01.15.2016 | 2016-01-15 | EPA |
| AR02526 | R. Leidy Photos - Redwood City Saltworks 01.21.2016 | 2016-01-21 | EPA |
| AR02575 | Petes Harbor photo 2013017003 | | San Mateo Co Historical Association |
| AR02576 | Letter from Erica A. Maharg, San Francisco Baykeeper, and Carin High, CCCR, to Jared Blumenfeld, EPA, Redwood City Saltworks Jurisdictional Determination ("Baykeeper Letter") | 2015-10-14 | Baykeeper and CCCR |
| AR02593 | Peter R. Baye, Ph.D., Regulatory Analysis of Clean Water Act Section 404 and Rivers and Harbors Act Section 10 Jurisdiction at Redwood City Salt Ponds, San Mateo County, California (Letter Exhibit 1) | 2010-04-01 | CCCR |
| AR02637 | DEPARTMENT OF THE ARMY PERMIT 11-30-95 (Letter Exhibit 2) | 1995-11-30 | ACOE |
| AR02642 | Ver Planck, W.E., Salt in California, State of CA Department of Natural Resources, Div of Geology and Mines, Bulletin 175 (Letter Exhibit 3) | 1957-00 | State of CA |
| AR02662 | Excerpt from Wetlands Research Associates report re dredge locks (Letter Exhibit 4) | 2000- | Wetlands Research Associates |
| AR02670 | Memoradum for Record - Permitting History, Mallard Use of Redwood City Ponds, and Dredge Lock Access (Letter Exhibit 5) | | ACOE |
| AR02677 | Cargill Salt pond colors - www.cargill.com (Letter Exhibit 6) | 2005- | Cargill |
| AR02681 | Waterbird Counts in Select Redwood City Saltworks Ponds 2009 - 2015 (Letter Exhibit 7) | 2015- | Matt Leddy |
| AR02683 | A Geographic History of San Lorenzo Creek Watershed, Robin Grossinger and Elise Brewster, SFEI, for the Alameda County Flood Control and Water Conservation District (Letter Exhibit 8) | 2003-12-01 | SFEI |
| AR02709 | Peter R. Baye, Ph,D., Baylands Ecosystem Species and Community Profiles (Letter Exhibit 9) | | as noted |
| AR02719 | Letter from John K. Van De Kamp, Attorney General, to Alan R. Pendleton, Executive Director of BCDC, Re: Request for an Informal Opinion Regarding BCDC Salt Pond Jurisdiction (Letter Exhibit 10) | 1986-07-03 | CA Attorney General |
| AR02742 | Mercury News, "Cargill fined by state over toxic spill into bay," by Paul Rogers (Letter Exhibit 11) | 2006-06-01 | as noted |
| AR02746 | San Francisco Bay National Wildlife Refuge Annual Narrative Report for 1988, U.S. Fish & Wildlife Service (Letter Exhibit 12) | 1988- | USFWS |
| AR02801 | Management and Conservation of San Francisco Bay Salt Ponds: Effects of Pond Salinity, Area, Tide, and Season on Pacific Flyway Waterbirds, by Warnock, et al., in Waterbirds 25 (Special Publication 2): 79-92, | 2002- | as noted |

Redwood City Salt Plant JD (March 1, 2019) Administrative Record Index

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR02816 | Letter from Calvin C. Fong, ACOE, to Radford (Skid) Hall, ACIP, re ACOE jurisdiction over Pond 10 - Westpoint Site (Letter Exhibit 14) | 1996-11-07 | ACOE |
| AR02819 | Approved JD Form for Napa Plant Site Restoration Project, 400258N (Letter Exhibit 15) | 2008-04-21 | ACOE |
| AR02828 | Dept. of Army Permit for CA DFG, 400258N (Letter Exhibit 16) | 2008-05-09 | ACOE |
| AR02836 | Public Notice for Phase I - South Bay Salt Pond Restoration Project (Letter Exhibit 17) | 2008-01-15 | ACOE |
| AR02842 | Peter R. Baye, Ph,D., Analysis of Clean Water Act Section 404(b)(1) Special Aquatic Sites Status of Redwood City Saltworks Site, prepared for CCCR | 2010-01 | CCCR |
| AR02866 | Letter from Jane Hicks, SFD Corps, to Peter Baye re File No 2008-00160S | 2010-08-19 | ACOE |
| AR02868 | Appointment: "Next Steps on Redwood City Jurisdiction" from David Fotouhi, EPA | 2018-07-10 | EPA |
| AR02869 | Appointment: 'Redwood City j.d." from David Fotouhi, EPA | 2018-08-01 | EPA |
| AR02870 | Letter from Senator Diane Feinstein to Andrew Wheeler, EPA, re Redwood City salt ponds | 2018-12-18 | Sen. Feinstein |
| AR02872 | Letter from Congresswoman Jackie Speier to Andrew Wheeler, EPA, re Redwood City salt ponds | 2018-12-19 | Rep. Speier |
| AR02873 | Letter from Edgar Washburn to ACOE | 2003-08-17 | Cargill |
| AR02883 | Letter from Max R. Blodgett, ACOE, to Robert C. Douglass, Cargill Salt Div., MFR File No. 20275E29 - Jurisdiction at Cargill Napa plant, east side | 1994-12-20 | ACOE |
| AR02887 | MFR File No. 20275E29, Dec. 20, 1994 "Jurisdiction at Cargill Napa plant, east side" | 1994-12-20 | ACOE |
| AR02897 | ERG / Towill Inc., Determination of MHW and Land Surveying Investigation Redwood City Salt Works | 2016-06 | ERG / Towill Inc. |
| AR02939 | 1857 USGS T-sheet (T664) |  | USGS |
| AR02940 | Digitized 1857 USGS t-sheet (T664) of project boundary with current pond configurations |  | EPA |
| AR02941 | Marsh Channels and depths from Cuyler 1858 | 2016-03-09 | SFEI |

**Redwood City Salt Plant JD (March 1, 2019) Administrative Record Index**

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR02942 | J. Siu, EPA, personal communication with Bart Lane, private fisherman, January 2016. | 2016-01-06 | EPA |
| AR02943 | J. Siu, EPA, personal communication with Becky Ota, CDFW, January 2016 | 2016-01 | EPA |
| AR02944 | Redwood City General Plan (excerpt) | 2010-10-11 | Redwood City |
| AR03037 | San Francisco Bay Plan, 2012. http://www.bcdc.ca.gov/pdf/bayplan/Plan_Map_7.pdf | 2012-00 | BCDC |
| AR03040 | J.Siu, EPA, pers. comm with USFWS and Coastal Conservancy | 2016-01-08 | EPA |
| AR03041 | 2014 Annual Self-Monitoring Report Don Edwards San Francisco Bay National Wildlife Refuge, Fremont, California, prepared for the California Regional Water Quality Control Board and National Marine Fisheries | 2015-00 | USFWS and USGS |
| AR03103 | Email correspondence, between EPA and USFWS staff regarding confirmed sightings of western snowy plover adult and chicks on Pond 9 levee | 2013-07-18 | USFWS |
| AR03105 | Technical Support Document for the Clean Water Rule: Definition of Waters of the United States | 2015-05-27 | EPA |
| AR03528 | Salt Ponds, Staff Report, October 2005 | 2005-10 | BCDC |
| AR03592 | YouTube Bird Use | 2016-05-24 | EPA |
| AR03596 | "useful figures" | 2016-02-25 | EPA |
| AR03600 | Discussion Map of Redwood City Salt Plant 9-1-2015 | 2015-09-01 | EPA |
| AR03601 | CA_Palo Alto Topo Sheet 1899 | 1899-0-0 | USGS |
| AR03602 | CA_Palo Alto Topo Sheet 1943 | 1943-0-0 | USGS |
| AR03603 | Black and white aerial photograph of Cargill's Redwood City Facility, dated 07-29-1946, Pacific Aerial Survey, Oakland, CA | 1946-07-29 | Pacific Aerial Survey |
| AR03604 | Black and white aerial photographs of Cargill's Redwood City Facility, dated 06-03-1955 | 1955-06-03 | Pacific Aerial Survey |
| AR03605 | Black and white aerial photographs of Cargill's Redwood City Facility, dated 05-02-1972 | 1972-05-02 | Pacific Aerial Survey |

Redwood City Salt Plant JD (March 1, 2019) Administrative Record Index

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR03606 | T-Sheet User Guide (SFEI Report No. 427), Robin M. Grossinger, Ruth A. Askevold, and Joshua N. Collins, SFEI | 2005-09-01 | SFEI |
| AR03651 | 1931 T-Sheet (T-4643) | 1931-05-08 | USCGS |
| AR03652 | Towill, Inc. Project Workplan TD2 v5 1-3-16 | 2016-01-03 | Towill |
| AR03663 | Technical Support Document for the Determination of the Extent of CWA Jurisdiction - Redwood City Salt Ponds, prepared by Towill, Inc., for EPA | 2015-09-03 | Towill |
| AR03695 | Photo Log - Cargill Redwood City Salt Ponds Site Visit of 09-30-2015 | 2015-11-19 | PG Environmental |
| AR03713 | Total Number of Birds Counted for Individual Calendar Year (ObservationDays) | 2016-05-03 | EPA |
| AR03714 | Memorandum for Regulatory Division, Kevin Knuuti, ACOE Research and Development Center, re Tidal Datums at or near the Cargill salt ponds near the Port of Redwood City California | 2014-06-08 | ACOE |
| AR03721 | Corps Standards and Procedures for Referencing Project Elevation Grades to Nationwide Vertical Datums (EM 1110-2-6056) | 2010-12-31 | ACOE |
| AR04143 | Preliminary Map of Historic Margins of Marshland, San Francisco Bay, California, by Donald Nichols and Nancy Wright | 1971-00 | USGS |
| AR04144 | Preliminary Map of Historic Margins of Marshland - Plate 1 | 1971-01 | USGS |
| AR04155 | Cargill submittal to BCDC for annual maintenance 1992-1993 (6.9.92) | 1992-06-09 | Cargill |
| AR04161 | Declaration of Calvin Fong in Support of Motion for Summary Judgment, *Cargill v. Shannon* | 1993-05-14 | US DOJ |
| AR04223 | Order on Dispositive Motion, Cargill Inc. v. Togo D. West, Jr. | 1994-07-12 | N.D.Cal |
| AR04240 | Letter from Edgar Washburn, Washburn, Briscoe & McCarthy to John H. Eft, ACOE re Cargill Salt/Napa Plant Site | 1993-08-17 | Cargill |
| AR04250 | Jurisdictional Submittal of Cargill, Incorporated - Napa Plant Site | 1996-11-15 | Cargill |
| AR04285 | Letter from Alexis Strauss, EPA Region 9, to William C. Britt, Cargill, Inc. | 2002-07-17 | EPA |
| AR04288 | Jurisdictional determination and wetland delineation report for western salt pond 20, Imperial Beach, CA | 2008-08-18 | Merkel & Assoc. |

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR04318 | Redwood City Salt Plant Site Timeline of Key Events, 10 June 2014 | 2014-06-10 | ACOE |
| AR04325 | Letter from Leonard E. Cardoza, District Engineer, ACOE, San Francisco District, to Robert Douglass, Cargill Salt, denying authorization to breach and close the levee at Dredge Lock A7 | 1994-07-21 | ACOE |
| AR04327 | WestPoint Marina Public Notice and CWA Jurisdictional Determination | 2002-05-17 | ACOE |
| AR04346 | Conditional Water Quality Certification for Construction of Westpoint Marina and Boatyard, from SF RWQCB to Mark Sanders | 2003-05-16 | RWQCB |
| AR04353 | Email from MSandHill to Robert Douglass, Cargill, re pond 10 roost mitigation | 2001-10-10 | Cargill |
| AR04354 | Memo from Robert C. Douglass to Mark Sanders re Roosting Island Mitigation (Westpoint Marina) | 2003-11-26 | Cargill |
| AR04356 | Dept of the Army Permit Evaluation and Decision Document (Westpoint Marina) | 2004-03-23 | ACOE |
| AR04371 | Public comments on proposed Saltwork project EIR | 2011-04 | various |
| AR04516 | CCCR comment letter re Saltworks Project Scoping | 2011-03-31 | CCCR |
| AR04552 | Historical Ecology of Western Santa Clara Valley SFEI_111910 | 2010-11-10 | SFEI |
| AR04627 | Appendix E: Identification and Evaluation of the South San Francisco Bay Solar Salt Industry Landscape, for Don Edwards San Francisco Bay NWR | 2009-03-09 | US FWS |
| AR04675 | SYNTHESES OF SCIENTIFIC KNOWLEDGE for Maintaining and Improving Functioning of the South Bay Ecosystem and Restoring Tidal Salt Marsh and Associated Habitats over the Next 50 Years at Pond and | 2004-10-0 | SFEI |
| AR04769 | Background Material Cargill Salt Harvesting Facility, Redwood City, California (excerpt) | 2007-12-00 | Cargill / Saltworks |
| AR04775 | Summary Results of Cargill Rainwater Crystallizer Discharges at Redwood City, From: S.R. Hansen and Assoc. March 25, 1996. Reprt of Acute Biomonitoring Test, Rainwater Discharge from Crystallizers | 1996-03-25 | as noted |
| AR04776 | 5 historic postcards showing Redwood City waterfront or Salt Works | various | |
| AR04778 | Email from Trevor Greening, Towill Engineering, to Robert Leidy and Brett Moffatt, EPA, Subject: Follow-up to Question 1 | 2016-02-08 | Towill |
| AR04780 | DMB Saltworks, Redwood City, CA, Infrastructure, JMH Weiss, Inc., Land Development Consultants | 2001-05-14 | DMB |

**Redwood City Salt Plant JD (March 1, 2019) Administrative Record Index**

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR04783 | Andree Greenberg - RE: Letter requesting for information about activities at Redwood City and Newark Plants | 2012-05-01 | Cargill |
| AR04789 | Jack Castle, et al, "Port of Redwood City History: Still Going Strong…." | | as noted |
| AR04811 | Management and Conservation of San Francisco Bay Salt Ponds: Effects of Pond Salinity, Area, Tide, and Season on Pacific Flyway Waterbirds, by Warnock, et al. (unpublished version) | | Warnock |
| AR04849 | Elloumi, et al., Abundance and biomass of proaryotic and eukaryotic microorganisms coupled withenvironmental factors in an arid multi-pond solar saltern (Sfax, Tunisia), JMBA, Marine Biological | 2009- | as noted |
| AR04861 | Takekawa, J., et al., Dietary flexibility in three representative waterbirds across salinity and depth gradients in salt ponds of SF Bay, Hydrobiologia 626:155-168 | 2009-06 | as noted |
| AR04875 | Book chapter: Chapt. 3, Sabkhas, saline mudflats and pans | undated | as noted |
| AR04879 | Dias, M., Use of salt ponds by wintering shorebirds throughout the tidal cycle, Waterbirds 32(4): 531-537 | 2009- | as noted |
| AR04887 | Litchfield, C., et al., Microbial diversity and complexity in hypersaline environments, J. Industrial Microbiology and Biotechnology 28: 48-55 | 2002- | as noted |
| AR04895 | Stenzel, L., et al., Abundance and distribution of shorebirds in the SF Bay area, Western Birds 33: 69-98 | 2002- | as noted |
| AR04925 | Untitled typed summary notes on export of organic carbon, nutrients and other food resources vital to supporting food webs and nutrient recycling | 2016- | as noted |
| AR04929 | Sequoia Audubon Society: A Checklist of the Birds of San Mateo County, CA | 2006-04 | as noted |
| AR04931 | Invertebrates-Chpt. 3: Franciscan Brine Shrimp, by B. Larsson, in Baylands Ecosystem Species and Community Profiles | 2000- | as noted |
| AR04933 | Barrow, A Memorial and Biographical History of the Coast Counties of Central, 1893 | 1893- | as noted |
| AR05426 | Watt and Johnck, "The Bay Area's Solar Salt Industry" in California History, vol 91, no. 2 | 2014- | as noted |
| AR05444 | Thebault. J, Schraga, T.S., Cloern, J.E., and E.G. Dunlavey, Primary production and carrying capacity of former salt ponds after reconnection to San Francisco Bay, Wetlands, Vol.28, No.3, 2008, pp. 841-851 | 2008-00 | as noted |
| AR05466 | Siegel, S.W. and Bachand, P.A.M., Feasibility Analysis of South Bay Salt Pond Restoration, San Francisco Estuary, California, Wetlands and Water Resources, 2002 | 2002-00 | as noted |
| AR05723 | Litchfield, C., et al., Comparative metabolic diversity in two solar salterns, Hydrobiologia 466: 73-80 | 2001- | as noted |

Redwood City Salt Plant JD (March 1, 2019) Administrative Record Index

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR05731 | Javor, B.j., Industrial microbiology of solar salt production, Journal of Industrial Microbiology and Biotechnology 28: 42-47 (2002) | 2002- | as noted |
| AR05737 | Takekawa, et al., Trophic structure and avian communities across salinity gradient in evaporation ponds of the SF Bay estuary, Hydrobiologia 567: 307-327 | 2006- | as noted |
| AR05758 | Oren, A., Saltern evaporation ponds as model systems for the study of primary production processes under hypersaline conditions, Aquatic Microbial Ecology | 2009-06-30 | as noted |
| AR05770 | Asencio, A., Permanent salt evaporation ponds in a semi-arid Mediterranean region as model systems to study primary production processes under hypersaline conditions, Estuarine, Coastal and Shelf Science, | 2013- | as noted |
| AR05780 | Bosman, A.L., et al, A field experiment demonstrating the influence of seabird guano on intertidal primary production, Estaurine, Coastal and Shelf Science 23: 283-294 | 1986- | as noted |
| AR05792 | Forro, B., et al., The role of aquatic birds in the regulation of trophic relationships of continental soda pans in Hungary, Acta Zoologica Academiae Hunggaricae 54: 189-206 | 2008- | as noted |
| AR05810 | de Donana, E., et al., Dispersal of invasive and native brine shrimps Artemia (Anostraca) via waterbirds, Limnology and Oceanography 50(2): 737-742 | 2005- | as noted |
| AR05816 | Sanchez, M., et al., Transport of brine shrimp via the digestive system of migratory waders: dispersal probabilities depend on diet and season, Marine Biology 151:1407-1415 | 2007- | as noted |
| AR05826 | Sanchez, M., et al., Comparing the potential for dispersal via waterbird of a native and an invasive brine shrimp, Freshwater Biology 57: 1896-1903 | 2012- | as noted |
| AR05834 | Anderson, W., A preliminary study of the relationship of saltponds and wildlife - south SF Bay., Calif. Fish and Game 56(4)240-252 | 1970- | as noted |
| AR05841 | Book, Chapt. 4: Litchfield, C., et al., The microbial ecology of solar salt plants in Hypersaline Environments | 1999- | as noted |
| AR05857 | Oren, A., Diversity of halophilic microorganisms: environments, phylogeny, physiology, and applications, J. of Industrial Microbiology and Biotechnology 28: 56-63 | 2002- | as noted |
| AR05865 | Oren, A., The ecology of Dunaliella in high-salt environments, Journal of Biological research - Thessaloniki, 2014: 21:23 | 2014- | as noted |
| AR05873 | Murphey, J. L., Benthic invertebrate response to habitat complexity in south bay salt ponds, San Jose State University, Master's Thesis, Paper 4397 | 2013-12 | as noted |
| AR05965 | Takekawa, et al. Avian communities in tidal salt marshes of SF Bay: a review of functional groups by foraging guild and habitat association, San Francisco Estuary and Watershed Science | 2011-12 | as noted |
| AR05991 | Stenzel, L., Informal presentation of Shoreboard Count Data from the Redwood City Salt Plant, retrieved from SF Regional Board files, Oakland | 2011-07-18 | as noted |
| AR06001 | Warnock, N. Synthesis of Scientific Knowledge for Managing Salt Ponds to Protect Bird Populations, PRBO | 2005- | as noted |

Redwood City Salt Plant JD (March 1, 2019) Administrative Record Index

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR06048 | Pedros-Alio, C., et al., The microbial food web along salinity gradients, Microbiology Ecology 32: 143-155 | 2000- | as noted |
| AR06062 | Takekawa, J., et al., Avian communities in baylands and artificial salt evaporation ponds of the San Francisco Bay estuary, Hydrobiologia 466: 317-328 | 2001- | as noted |
| AR06074 | Rintoul, C., Warnock, N., and G.W. Page, Breeding status and habitat use of black-necked stilts and American avocets in South San Francisco Bay, Western Birds 34: 2-14, 2003 | 2003- | as noted |
| AR06079 | Water Quality Certification for Maintenance Activities and System Improvements to be Conducted Between November of 2009 and November of 2019 at the Cargill Solar Salt Systems in Alameda and San | 2010-08-03 | SF RWQCB |
| AR06141 | Water Quality Certification for Maintenance Activities and System Improvements to be Conducted through September of 2008 at the Cargill Solar Salt Systems in Alameda and San Mateo Counties, Site No. | 2008-05-12 | SF RWQCB |