Redwood City Salt Plant JD (March 1, 2019) Administrative Record Index - Addendum

| NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| AR06157 | Cargill Maintenance Report, Aug. 31, 1999, ACOE File 19009S98 | 1992-04-01 | Cargill |
| AR06169 | Cargill Maintenance Report, Sept. 13 2000, ACOE File 19009S98 | 2000-09-13 | Cargill |
| AR06180 | Notice of Intent for General Permit to Discharge Stormwater Associated with Industrial Activity, WQ Order No. 91-13-DWQ (Apr. 1, 1992) | 1992-04-01 | SWRCB |
| AR06188 | Administrative Extension of NPDES Permits CA0028703, CA0028690, CA0028681 for Newark, Redwood City, and Napa 11.30.12 | 2012-11-30 | SF RWQCB |
| AR06192 | RWQCB Inspection of Cargill, Inc.'s Redwood City Salt Plant and Newark Plant, Nov. 30, 2012 | 2012-11-30 | SF RWQCB |
| AR06204 | RWQCB staff handwritten notes for Aug. 9, 1990 inspections on Leslie Salt's Newark and Redwood City plants | 1990-04-09 | SF RWQCB |
| AR06208 | CDM Inc., Report on Proposed Discharge of Bittern prepared for Leslie Salt (Mar. 31, 1972) | 1972-03-31 | Leslie Salt |
| AR06223 | Leslie Salt Company, Southbay Production Facilities, base aerial photography (April 1985) | 1985-04 | Leslie Salt |
| AR06225 | Cargill Salt 1999-2000 Maintenance Work Plan (Mar. 22, 1999) | 1999-03-22 | Cargill |