UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BAYKEEPER, et al.,

    Plaintiffs,

    v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Defendant.

REDWOOD CITY PLANT SITE, LLC,

    Intervenor-Defendant.

No. C 19-05941 WHA (lead case)

Consolidated With

No. C 19-05943 WHA

**ORDER ON DISCOVERY DISPUTE**

Plaintiffs request an order compelling the government to file a privilege log disclosing what documents the government withheld from the administrative record (Dkt. No. 57). As the Court previously indicated, a privilege log is necessary to smoke out the record-related issues. The government shall please file their privilege log by **MARCH 27** at **NOON**.

**IT IS SO ORDERED.**

Dated: March 16, 2020.

                                                                      _____
                                                                      WILLIAM ALSUP
                                                                      UNITED STATES DISTRICT JUDGE