**EPA's Privilege Log (Mar. 26 , 2020)**

The EPA asserts the privileges as noted for the following documents, and for all drafts, iterations, and copies of these documents:

1. "Draft Redwood City Salt Ponds JD" (2016)
   Origin:            Brett Moffatt, EPA Region 9 Office of Regional Counsel
   Recipients:        Simma Kupchan, EPA Office of General Counsel
   Date:              Nov. 21, 2016 (also distributed among staff in the EPA Region 9 Water Division, including Robert Leidy, Jennifer Siu, Jason Brush, Sam Ziegler, Tomas Torres, and Alexis Strauss; the Region 9 Office of Regional Counsel, including Richard Campbell, Laurie Kermish, Jessica Kao, Sylvia Quast; Avi Garbow, Carla Veney, Steven Neugeboren, Carrie Wehling, and Karyn Wendelowski, EPA Office of General Counsel; and Stan Meiburg and Derek Threet, EPA Office of Water)
   Subject Matter: The CWA jurisdictional status of the 1,365 contiguous acres comprising the Redwood City Salt Plant site in Redwood City, San Mateo County, California (Redwood City site)
   Privileges:        Attorney-Client Communication; Attorney Work Product; Deliberative Process

2. "Redwood City Talking Points"
   Origin:            David Fotouhi, EPA Office of General Counsel
   Recipients:        Ryan Jackson and Michael Molina, EPA Office of the Administrator; Troy Lyons, EPA Office of Congressional and Intergovernmental Affairs.
   Date:              January 30, 2019 (forwarded to the EPA Administrator on Feb. 1, 2019); (attached to subsequent emails to recipients including Ryan Jackson, EPA Office of the Administrator; Lee Forsgren, Anna Wildeman, and Owen McDonough, EPA Office of Water)
   Subject Matter: The CWA jurisdictional status of the Redwood City site, in preparation for discussion with members of Congress.
   Privileges:         Attorney-Client Communication; Attorney Work Product; Deliberative Process

3. "Briefing: Redwood City CWA Special Case Jurisdictional Determination, December 20, 2018-3:45 p.m.-Administrator's Office"
   Origin:            David Fotouhi, EPA Office of General Counsel
   Recipient:         EPA Administrator
   Date:              December 20, 2018 (attached to later emails to recipients including Ryan Jackson, Hayly Humphreys, Natasha Eby, Michael Molina, EPA Office of the Administrator; Lee Forsgren, Anna Wildeman, and Owen McDonough, EPA Office of Water; Matt Leopold and Monique Patrick, EPA Office of General Counsel)
   Subject Matter: The CWA jurisdictional status of the Redwood City site
   Privileges:        Attorney-Client Communication; Attorney Work Product; Deliberative Process

4. "Draft Redwood City Salt Pond JD" (2018)

    Origin:         David Fotouhi, EPA Office of General Counsel

    Recipient:     Matthew Leopold, EPA Office of Water

    Date:          Feb. 5, 2019 (attached to subsequent emails to recipients including Ryan Jackson, Office of the EPA Administrator; Lee Forsgren, Anna Wildeman, and Owen McDonough, EPA Office of Water)

    Subject Matter: EPA's proposed determination of the CWA jurisdictional status of the Redwood City site

    Privileges:     Attorney-Client Communication; Attorney Work Product; Deliberative Process

5. "Draft Redwood City Salt Pond JD transmittal letter from the EPA Administrator to R.D. James, Assistant Secretary of the Army for Civil Works"

    Origin:         David Fotouhi, EPA Office of General Counsel

    Recipient:     Matthew Leopold, EPA Office of Water

    Date:          Feb. 5, 2019 (attached to subsequent emails to recipients including Ryan Jackson, Office of the EPA Administrator; Lee Forsgren, Anna Wildeman, and Owen McDonough, EPA Office of Water)

    Subject Matter: EPA's proposed determination of the CWA jurisdictional status of the Redwood City site

    Privileges:     Deliberative Process

6. "Working Draft JD (OGC December 2018)"

    Origin:         Simma Kupchan, EPA Office of General Counsel

    Recipients:    Sylvia Quast and Brett Moffatt, EPA Region 9 Office of Regional Counsel; Steven Neugeboren and Carrie Wehling, EPA Office of General Counsel

    Date:          December 7, 2018 (attached to subsequent emails to recipients including Donna Downing, EPA Office of Water; and Karyn Wendelowski and Tasheka Ruggs, EPA Office of General Counsel; Alexis Strauss, Acting Regional Administrator, EPA Region 9; and Robert Leidy, EPA Region 9 Water Division)

    Subject Matter: The CWA jurisdictional status of the Redwood City site

    Privileges:     Attorney-Client Communication; Attorney Work Product; Deliberative Process

7. "Options on Redwood City 8.29.18 (R9 comment)"
   Origin:         Simma Kupchan, EPA Office of General Counsel
   Recipients:     Sylvia Quast and Brett Moffatt, EPA Region 9 Office of Regional Counsel; Steven
                   Neugeboren and Carrie Wehling, EPA Office of General Counsel; Donna Downing,
                   EPA Office of Water
   Date:           Aug. 29, 2018 (attached to subsequent emails to Matthew Leopold and David
                   Fotouhi, EPA Office of General Counsel; Richard Campbell and Laurie Kermish,
                   EPA Region 9 Office of Regional Counsel; and Robert Leidy and Sam Ziegler, EPA
                   Region 9 Water Division)
   Subject Matter: The CWA jurisdictional status of the Redwood City site
   Privileges:     Attorney-Client Communication; Attorney Work Product; Deliberative Process


8. "Options for Redwood City Saltworks Jurisdictional Determination Rationales"
   Origin:         Simma Kupchan, EPA Office of General Counsel
   Recipients:     Sylvia Quast, Laurie Kermish and Brett Moffatt, EPA Region 9 Office of Regional
                   Counsel; Robert Leidy, EPA Region 9 Water Division; Steven Neugeboren, Carrie
                   Wehling, and Karyn Wendelowski, EPA Office of General Counsel; Michael
                   McDavit, Donna Downing, and Rose Kwok, EPA Office of Water
   Date:           Aug. 16, 2018
   Subject Matter: The CWA jurisdictional status of the Redwood City site
   Privileges:     Attorney-Client Communication; Attorney Work Product; Deliberative Process

9. "Legal Issues in Redwood City Saltworks Draft AJD Memorandum"
   Origin:         Simma Kupchan, EPA Office of General Counsel
   Recipients:     David Fotouhi and Steven Neugeboren, EPA Office of General Counsel
   Date:           August 8, 2019 (attached to subsequent emails to Carrie Wehling, EPA Office of
                   General Counsel; and Brett Moffatt, EPA Region 9 Office of Regional Counsel)
   Subject Matter: The CWA jurisdictional status of the Redwood City site
   Privileges:     Attorney-Client Communication; Attorney Work Product; Deliberative Process


10. "Re: Very Rough Draft of DMB/Cargill JD Rebuttal," Email from Hugh Barroll, EPA Region 9 Office
                   of Regional Counsel, to Merry Goodenough and Jack Kerns, Army Corps of
                   Engineers, San Francisco District, and Richard Campbell, EPA Region 9 Office of
                   Regional Counsel, Jan. 2, 2013, with attachment "Draft Saltworks Rebuttal
                   Comments Jan 1 2013 v.3.docx."
   Origin:         Laurie Kermish, EPA Region 9 Office of Regional Counsel
   Recipient:      Simma Kupchan, EPA Office of General Counsel
   Date:           August 7, 2018 (attached to subsequent emails to Karyn Wendelowski and Steven
                   Neugeboren, EPA Office of General Counsel; and Brett Moffatt, EPA Region 9
                   Office of Regional Counsel)
   Subject Matter: The CWA jurisdictional status of the Redwood City site
   Privileges:     Attorney Work Product; Deliberative Process

11. "Cargill Jurisdictional Determination," from Hugh Barroll, EPA Region 9 ORC, Memorandum to File,

                  dated December 31, 2012.

Origin:          Laurie Kermish, EPA Region 9 Office of Regional Counsel

Recipient:     Simma Kupchan, EPA Office of General Counsel

Date:           August 7, 2018 (attached to subsequent emails to Karyn Wendelowski and Steven Neugeboren, EPA Office of General Counsel; Richard Campbell, Brett Moffatt, Jessica Kao, and Laurie Kermish, EPA Region 9 Office of Regional Counsel; and Robert Leidy, EPA Region 9 Water Division)

Subject Matter: The CWA jurisdictional status of the Redwood City site

Privileges:     Attorney Work Product; Deliberative Process