UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, et al., | |
| Plaintiffs, | No. C 19-05941 WHA (lead case) |
| v. | Consolidated With |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | No. C 19-05943 WHA |
| Defendant. | **ORDER RE HEARING** |
| REDWOOD CITY PLANT SITE, LLC, | |
| Intervenor-Defendant. | |

Per GENERAL ORDER 72-3, the hearing on the parties cross-motions for summary judgment will be heard telephonically. The current hearing is hereby **RESET TO AUGUST 20 AT 8:00 A.M.** The courtroom deputy will provide dial-in information separately.

**IT IS SO ORDERED.**

Dated: July 2, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE