JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
SARVENAZ "NAZY" J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000 / Fax: (650) 697-0577

*Attorneys for Plaintiffs Save The Bay, et al.*

ALLISON LAPLANTE (pro hac vice)
laplante@lclark.edu
JAMES SAUL (pro hac vice)
jsaul@lclark.edu
EARTHRISE LAW CENTER
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard
Portland, OR 97219
Tel: (503) 768-6894 / Fax: (503) 768-6642

*Attorneys for Plaintiff San Francisco Baykeeper;*
[Additional counsel listed on signature page.]

XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General
GEORGE TORGUN, State Bar No. 222085
TATIANA K. GAUR, State Bar No. 246227
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6329 / Fax: (916) 731-2128
E-mail: Tatiana.Gaur@doj.ca.gov

*Attorneys for Plaintiff State of California*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER; SAVE THE BAY; COMMITTEE FOR GREEN FOOTHILLS; CITIZENS' COMMITTEE TO COMPLETE THE REFUGE; and STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY AND ITS ADMINISTRATOR, <br><br> Defendants. <br><br> REDWOOD CITY PLANT SITE, LLC, <br><br> Intervenor-Defendant. | CASE NO: 3:19-cv-05941-WHA (lead case) <br><br> Consolidated with <br><br> No: 3:19-cv-05943-WHA <br><br> **PLAINTIFFS' NOTICE REGARDING ORAL ARGUMENT** <br><br> Date:  August 20, 2020 <br> Time:  8:00 a.m. <br> Ctrm:  12 <br> Judge:  Hon. William H. Alsup |

**PLAINTIFFS' NOTICE REGARING ORAL ARGUMENT;**
**CASE NO. 3:19-cv-05941-WHA**

Pursuant to this Court's February 12, 2018 Standing Order, Plaintiffs hereby provide notice to the Court regarding oral argument scheduled for August 20, 2020 in this case. Nicole Sasaki, a lawyer for Plaintiff San Francisco Baykeeper, who has been practicing law for less than six years, will be presenting oral argument on Plaintiffs' Motion to Complete, and in the Alternative to Supplement, the Administrative Record (Dkt. No. 68). Attorneys from Cotchett, Pitre & McCarthy and the Attorney General's office will present the oral argument on the pending cross motions for summary judgment (Dkt. Nos. 56, 58–63, 67, 69, 71).

Respectfully submitted,

Dated: August 14, 2020         **COTCHETT, PITRE & McCARTHY, LLP**

By: *Eric J. Buescher*
ERIC J. BUESCHER
JULIE L. FIEBER
SARVENAZ J. FAHIMI

*Attorneys for Plaintiffs Save The Bay, Committee for Green Foothills, and Citizens' Committee to Complete the Refuge*

Dated: August 14, 2020         **EARTHRISE LAW CENTER**

By: *Allison LaPlante*
ALLISON LAPLANTE
JAMES SAUL

**SAN FRANCISCO BAYKEEPER, INC.**
NICOLE C. SASAKI

*Attorneys for Plaintiff San Francisco Baykeeper, Inc.*

Dated: August 14, 2020         **ATTORNEY GENERAL'S OFFICE**

By: *Tatiana K. Gaur*
XAVIER BECERRA
SARAH E. MORRISON
GEORGE TORGUN
TATIANA K. GAUR

*Attorneys for Plaintiff State of California*