UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, SAVE THE BAY, COMMITTEE FOR GREEN FOOTHILLS, CITIZENS' COMMITTEE TO COMPLETE THE REFUGE, and STATE OF CALIFORNIA, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>U. S. ENVIRONMENTAL PROTECTION AGENCY AND ITS ADMINISTRATOR,<br><br>Defendants.<br><br>REDWOOD CITY PLANT SITE, LLC,<br><br>Intervenor-Defendant. | No. C 19-05941 WHA<br><br>Consolidated with:<br><br>No. C 19-05943 WHA<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying order, **JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs San Francisco Baykeeper, Save the Bay, Committee for Green Foothills, Citizens' Committee to Complete the Refuge, and the State of California, by and through Attorney General Xavier Becerra, and against defendant the United States Environmental Protection Agency and its Administrator and Intervenor-Defendant Redwood City Plant Site, LLC. The March 2019 jurisdictional determination is **VACATED AND SET ASIDE**. The matter is

1   **REMANDED** to the agency to consider the question anew and to do so in conformity with the
2   accompanying order.  The Clerk shall please close the file.

4   **IT IS SO ORDERED.**

6   Dated:  October 5, 2020.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE