1  ANDREW J. DOYLE
   Attorney
2  United States Department of Justice
   Environment & Natural Resources Division
3  Tel: (202) 532-3156 (mobile) / Fax: (202) 514-8865
   andrew.doyle@usdoj.gov
4
   *Attorney for Defendants U.S. EPA and its*
5  *Administrator*

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER; SAVE THE BAY; COMMITTEE FOR GREEN FOOTHILLS; CITIZENS' COMMITTEE TO COMPLETE THE REFUGE; and STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY AND ITS ADMINISTRATOR,<br><br>Defendants,<br><br>REDWOOD CITY PLANT SITE, LLC,<br><br>Intervenor-Defendants. | Case No: 3:19-cv-05941-WHA (lead case)<br><br>Consolidated with<br><br>Case No: 3:19-cv-05943-WHA<br><br><br><br>**DEFENDANTS' NOTICE OF APPEAL** |

Notice is given that defendants, the United States Environmental Protection Agency and its Administrator, appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered by this Court on October 5, 2020 (ECF No. 83); the Amended Order Re Cross-Motions for Summary Judgment and Plaintiffs' Motion to Supplement Administrative Record entered by this Court on October 5, 2020 (ECF No. 84); the Order on Discovery Dispute entered by this Court on March 16, 2020 (ECF No. 64); and all related Orders and Opinions entered by this Court in the above-entitled action.

Dated: December 2, 2020

Respectfully submitted,

*/s Andrew J. Doyle*
ANDREW J. DOYLE (FL Bar No.84948)
United States Department of Justice

Environment and Natural Resources Division
(202) 532-3156 (mobile)
andrew.doyle@usdoj.gov

*Attorney for defendants EPA and its Administrator*