| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | MAR 3 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SAN FRANCISCO BAYKEEPER; et al.,

    Plaintiffs-Appellees,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

    Defendants-Appellants,

and

REDWOOD CITY PLANT SITE, LLC,

    Intervenor-Defendant.

No. 20-17359

D.C. Nos.  3:19-cv-05941-WHA
                3:19-cv-05943-WHA

Northern District of California, San Francisco

ORDER

Appellants' unopposed motion (Docket Entry No. 8) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

03-01-2021/Pro Mo