JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
SARVENAZ "NAZY" J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000 / Fax: (650) 697-0577

*Attorneys for Plaintiffs Save The Bay, et al.*

ALLISON LAPLANTE (pro hac vice)
laplante@lclark.edu
JAMES SAUL (pro hac vice)
jsaul@lclark.edu
EARTHRISE LAW CENTER
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard
Portland, OR 97219
Tel: (503) 768-6894 / Fax: (503) 768-6642

*Attorneys for Plaintiff San Francisco Baykeeper*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER; SAVE THE BAY; COMMITTEE FOR GREEN FOOTHILLS; CITIZENS' COMMITTEE TO COMPLETE THE REFUGE; and STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY AND ITS ADMINISTRATOR,<br><br>Defendants.<br><br>REDWOOD CITY PLANT SITE, LLC,<br><br>Intervenor-Defendant. | CASE NO: 3:19-cv-05941-WHA (lead case)<br><br>Consolidated with<br><br>No: 3:19-cv-05943-WHA<br><br>**STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND [PROPOSED] ORDER**<br><br>Date:   May 27, 2020<br>Time:   8:00 a.m.<br>Ctrm:   12<br>Judge:  William H. Alsup |

**STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS; CASE NO. 3:19-cv-05941-WHA**

LAW OFFICES
COTCHETT, PITRE & McCARTHY, LLP

Plaintiffs San Francisco Baykeeper, Save The Bay, Green Foothills, and Citizens' Committee To Complete The Refuge ("NGO Plaintiffs"), and Defendants U.S. Environmental Protection Agency and its Administrator in his official capacity ("EPA") submit the following stipulation and proposed order regarding the briefing schedule and procedure pertaining to NGO Plaintiffs' Motion for Attorneys' Fees and Costs under the Equal Access to Justice Act ("EAJA") filed on April 2, 2021 ("fee motion") (Dkt. No. 94).

WHEREAS, on October 5, 2020, this Court issued its "Amended Order RE Motions for Summary Judgment and Plaintiffs' Motion to Supplement Administrative Record" (Dkt. No. 84);

WHEREAS, on October 5, 2020, this Court entered a judgment in favor of plaintiffs (Dkt. No. 83), ruling: "The March 2019 jurisdictional determination is VACATED AND SET ASIDE. The matter is REMANDED to the agency to consider the question anew and do so in conformity with the accompanying order";

WHEREAS, on December 2, 2020, EPA filed a notice of appeal (Dkt. No. 85);

WHEREAS, on December 3, 2020, Intervenor Redwood City Plant Site, LLC ("Cargill") filed a notice of appeal (Dkt. No. 86);

WHEREAS, on February 26, 2021, in Ninth Circuit Appeal No. 20-17359, EPA filed an unopposed motion to voluntarily dismiss its appeal;

WHEREAS, on March 3, 2021, the Ninth Circuit granted EPA's voluntary dismissal and issued its mandate (Dkt. No. 93);

WHEREAS, to date, Cargill's appeal (Ninth Circuit Appeal No. 20-17367), remains pending;

WHEREAS, to avoid any potential jurisdictional deficiency with their fee motion, NGO Plaintiffs filed their motion on April 2, 2021, 30 days after the Ninth Circuit granted EPA's motion to dismiss its appeal and issued its mandate, *see* 28 U.S.C. § 2412(d)(1)(B), (d)(2)(G);

WHEREAS, NGO Plaintiffs noticed the hearing on their motion for May 27, 2021;

WHEREAS, EPA and NGO Plaintiffs agree that this Court's resolution of the fee motion should be postponed until after Cargill's appeal is resolved;

WHEREAS, this stipulation and proposed order, if granted, would allow time for EPA and NGO Plaintiffs to attempt to negotiate a settlement of NGO Plaintiffs' fee motion after Cargill's

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

**STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS; CASE NO. 3:19-cv-05941-WHA**        1

appeal is resolved without further time and expense related to the motion, including, but not limited to, expert witness expenses, opposition and reply briefing related to the motion, and to avoid the uncertainty of potential outcomes related to the motion;

WHEREAS, if the parties are unable to reach a settlement of the fee motion, nothing about this stipulation and proposed order waives any argument any party has made or may advance regarding the fee motion, except that the parties agree that NGO Plaintiffs have preserved any applicable filing deadline of April 2, 2021, even though NGO Plaintiffs may later supplement their fee motion after Cargill's appeal is resolved (as provided for in this stipulation and proposed order);

THEREFORE, NGO Plaintiffs and EPA stipulate and propose for the Court's approval the following:

1. The hearing date for NGO Plaintiffs' fee Motion (Dkt. No. 94) shall be taken off calendar and shall be reset by the parties after a mandate issues on Cargill's appeal;

2. The parties will file a notice with this Court upon the conclusion of Cargill's appeal, in which NGO Plaintiffs and EPA shall propose a briefing schedule consistent with this stipulation and proposed order;

3. Although the precise due date is not yet ascertainable (because resolution of Cargill's appeal remains pending), NGO Plaintiffs may supplement their fee motion to provide expert declaration(s) in support of their motion for attorneys' fees, if any, no more than 28 days of a mandate being issued by the Ninth Circuit Court of Appeals on Cargill's appeal (absent a further extension of time);

4. Similarly, although the due date is not yet ascertainable, EPA's response to the fee motion shall be due no more than 73 days after a mandate being issued by the Ninth Circuit Court of Appeals on Cargill's appeal (absent a further extension of time);

5. NGO Plaintiffs' reply brief in support of their fee motion shall be due no more than 14 days after EPA's opposition is filed (absent a further extension of time); and

6. This stipulation and proposed order does not address size limitations; the parties preserve their rights to seek leave to file an oversized brief (after meeting and conferring with one another).

It is so stipulated.

Dated: April 7, 2021

**COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Eric J. Buescher*

    JOSEPH W. COTCHETT
    ERIC J. BUESCHER
    SARVENAZ "NAZY" J. FAHIMI

*Attorneys for Plaintiffs Save The Bay, Green Foothills, and Citizens' Committee to Complete the Refuge*

**EARTHRISE LAW CENTER**

By:   */s/ Allison M. LaPlante*
    ALLISON M. LAPLANTE
    JAMES N. SAUL
Lewis & Clark Law School

**SAN FRANCISCO BAYKEEPER, INC.**

    NICOLE C. SASAKI

*Attorneys for Plaintiff San Francisco Baykeeper*

Dated: April 7, 2021

By: */s/ Andrew J. Doyle*

U.S. Department of Justice
Environment & Natural Resources Division
c/o 450 Golden Gate Avenue, Suite 7-6549
San Francisco, CA  94102
(202) 532-3156 (mobile)
andrew.doyle@usdoj.gov

*Attorney for Defendants U.S. EPA and its Administrator in his official capacity*

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS; CASE NO. 3:19-cv-05941-WHA**   3

## **PROPOSED ORDER**

Pursuant to the stipulation of the parties, it is so ordered. NGO Plaintiffs and EPA shall file a notice within 10 days of the Ninth Circuit's issuance of a mandate in Cargill's appeal; the notice shall contain precise briefing deadlines and a hearing date respecting NGO Plaintiffs' fee motion. All further proceedings in this case are held in abeyance pending the filing of the notice.

Dated: _____  _____
Hon. Judge William H. Alsup