|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 19 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER; et al., | No.   20-17367 |
| Plaintiffs-Appellees, | D.C. Nos.   3:19-cv-05941-WHA |
| v. | 3:19-cv-05943-WHA |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | Northern District of California, San Francisco |
| Defendants, | ORDER |
| and | |
| REDWOOD CITY PLANT SITE, LLC, | |
| Intervenor-Defendant-Appellant. | |

Appellant's unopposed motion (Docket Entry No. 10) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

04-12-2021/Pro Mo