ANDREW J. DOYLE
andrew.doyle@usdoj.gov
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES
DIVISION
Tel: (202) 532-3156 / Fax: (202) 514-8865

*Attorney for Defendants U.S. Environmental Protection Agency and its Administrator in his official capacity*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER; SAVE THE BAY; COMMITTEE FOR GREEN FOOTHILLS; CITIZENS' COMMITTEE TO COMPLETE THE REFUGE; and STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY AND ITS ADMINISTRATOR,<br><br>Defendants.<br><br>REDWOOD CITY PLANT SITE, LLC,<br><br>Intervenor-Defendant. | CASE NO: 3:19-cv-05941-WHA  (lead case)<br><br>Consolidated with<br><br>No: 3:19-cv-05943-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ABEYANCE IN LIGHT OF FEE SETTLEMENT** |

**STIPULATION AND PROPOSED ORDER FOR ABEYANCE IN LIGHT OF FEE SETTLEMENT; CASE NO. 3:19-cv-05941-WHA**

Defendants U.S. Environmental Protection Agency and its Administrator in his official capacity ("EPA") and Plaintiffs San Francisco Baykeeper, Save The Bay, Green Foothills, and Citizens' Committee To Complete The Refuge ("NGO Plaintiffs") have reached a tentative settlement agreement with respect to NGO Plaintiffs' Motion for Attorneys' Fees and Costs under the Equal Access to Justice Act ("EAJA") filed on April 2, 2021 ("fee motion") (Dkt. No. 94). The settlement agreement is "tentative" in the sense that, while the parties have exchanged emails setting forth the amount that EPA would pay, the parties still need to draft a written settlement agreement and obtain formal authority to execute it.

In light of this development, the parties hereby stipulate and propose for the Court's approval that all further proceedings on the fee motion – including EPA's obligation to file a response to the fee motion by July 1; NGO Plaintiffs' opportunity to file a reply brief by July 15; and the hearing noticed for July 29 – be held in abeyance.

Further, under this stipulation and proposed order, the abeyance period would last until such time as the NGO Plaintiffs file a notice with the Court that they have received, from EPA, all monies due under the settlement agreement. When that notice is filed, the fee motion would be deemed terminated, and the case would be deemed closed.

In the interim, any party may seek to lift the abeyance for good cause (if, for example, something unexpected occurs in the process of drafting the settlement agreement). The parties would meet and confer with one another before seeking such relief.

It is so stipulated.

Dated: June 24, 2021

**COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Eric J. Buescher*

    JOSEPH W. COTCHETT
    ERIC J. BUESCHER
    SARVENAZ "NAZY" J. FAHIMI

*Attorneys for Plaintiffs Save The Bay, Green Foothills, and Citizens' Committee to Complete the Refuge*

**EARTHRISE LAW CENTER**

By: */s/ Allison M. LaPlante*
   ALLISON M. LAPLANTE
   JAMES N. SAUL

**SAN FRANCISCO BAYKEEPER, INC.**

   NICOLE C. SASAKI

*Attorneys for Plaintiff San Francisco Baykeeper*


Dated: June 24, 2021

By: */s/ Andrew J. Doyle*

U.S. Department of Justice
Environment & Natural Resources Division
c/o 450 Golden Gate Avenue, Suite 7-6549
San Francisco, CA 94102
(202) 532-3156 (mobile)
andrew.doyle@usdoj.gov

*Attorney for Defendants U.S. EPA and its Administrator in his official capacity*

**STIPULATION AND PROPOSED ORDER FOR ABEYANCE IN LIGHT OF FEE SETTLEMENT; CASE NO. 3:19-cv-05941-WHA**   2

# **PROPOSED ORDER**

The Court is in receipt of the parties' notice that they have reached a tentative settlement agreement respecting the fee motion; i.e., NGO Plaintiffs' Motion for Attorneys' Fees and Costs under the Equal Access to Justice Act (Dkt. No. 94). The Court approves the parties' stipulation and proposed order, filed June 24, 2021, and orders as follows:

1. All further proceedings on the fee motion, including the deadlines for EPA's response brief and any reply brief by NGO Plaintiffs, are held in abeyance.

2. The hearing on the fee motion, currently scheduled for July 29, 2021, at 8:00 a.m., is vacated.

3. The abeyance period shall continue until such time as NGO Plaintiffs file a notice with the Court that they have received all monies due under the settlement agreement. When that notice is filed, the fee motion shall be deemed terminated, and the case shall be deemed closed.

4. In the meantime, while the abeyance is in place, any party may, after meeting and conferring with the opposing side, seek to lift the abeyance for good cause (if, for example, something unexpected occurs in the process of drafting the settlement agreement).

IT IS SO ORDERED.

Dated: _____

                                                          HON. JUDGE WILLIAM H. ALSUP