UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BAYKEEPER, et al.,

    Plaintiffs,

  v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Defendants.

No. C 19–05941 WHA

**REQUEST FOR TIMELINE FOR TENTATIVE AGREEMENT RE ATTORNEY'S FEES**

    Please provide the Court with a timeline for resolution and submission of the tentative settlement agreement regarding payment of plaintiffs' attorney's fees.

**IT IS SO ORDERED.**

Dated: June 29, 2021

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE