ANDREW J. DOYLE
andrew.doyle@usdoj.gov
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES
DIVISION
Tel: (202) 532-3156 / Fax: (202) 514-8865

*Attorney for Defendants U.S. Environmental Protection Agency and its Administrator in his official capacity*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER; SAVE THE BAY; COMMITTEE FOR GREEN FOOTHILLS; CITIZENS' COMMITTEE TO COMPLETE THE REFUGE; and STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY AND ITS ADMINISTRATOR, <br><br> Defendants. | CASE NO: 3:19-cv-05941-WHA (lead case) <br><br> Consolidated with <br><br> No: 3:19-cv-05943-WHA <br><br> **STIPULATION REGARDING COURT'S ORDER OF JUNE 29, 2021** |
| REDWOOD CITY PLANT SITE, LLC, <br><br> Intervenor-Defendant. | |

In response to the Court's Order dated June 29, 2021 (Dkt. No. 103), Defendants U.S. Environmental Protection Agency and its Administrator in his official capacity ("EPA") and Plaintiffs San Francisco Baykeeper, Save The Bay, Green Foothills, and Citizens' Committee To Complete The Refuge ("NGO Plaintiffs") add to their Stipulation and Proposed Order dated June 24, 2021 (Dkt. No. 102), and stipulate as follows:

1. By June 30, 2021, counsel for EPA shall transmit to counsel for NGO Plaintiffs a draft settlement agreement.

2. NGO Plaintiffs shall review and provide any comments on the draft settlement agreement in a timely manner.

3. Assuming no unexpected events occur, the parties shall complete their editing of the settlement agreement by July 19, 2021.

4. Further, assuming no unexpected events occur, NGO Plaintiffs shall complete their execution of the settlement agreement by July 30, 2021; DOJ and EPA staff shall diligently pursue internal authorization to be able to execute the settlement agreement by July 30, 2021; and DOJ and EPA shall promptly thereafter submit it to the appropriate government office(s) for payment.

It is so stipulated.

Dated: June 30, 2021

**COTCHETT, PITRE & McCARTHY, LLP**

By: /s/ *Sarvenaz J. Fahimi*

    JOSEPH W. COTCHETT
    ERIC J. BUESCHER
    SARVENAZ "NAZY" J. FAHIMI

*Attorneys for Plaintiffs Save The Bay, Green Foothills, and Citizens' Committee to Complete the Refuge*

**STIPULATION REGARDING COURT'S ORDER OF 6/29/21; CASE NO. 3:19-cv-05941-WHA**     1

**EARTHRISE LAW CENTER**

By: /s/ Allison M. LaPlante
    ALLISON M. LAPLANTE
    JAMES N. SAUL

**SAN FRANCISCO BAYKEEPER, INC.**

    NICOLE C. SASAKI

*Attorneys for Plaintiff San Francisco Baykeeper*


Dated: June 30, 2021

By: /s/ Andrew J. Doyle

U.S. Department of Justice
Environment & Natural Resources Division
c/o 450 Golden Gate Avenue, Suite 7-6549
San Francisco, CA 94102
(202) 532-3156 (mobile)
andrew.doyle@usdoj.gov

*Attorney for Defendants U.S. EPA and its Administrator in his official capacity*