Andrew J. Doyle
andrew.doyle@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Div.
Tel: (202) 532-3156 (mobile)
Fax: (202) 514-8865

*Attorney for Defendants U.S. Environmental Protection Agency and its Administrator in his official capacity*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER; SAVE THE BAY; COMMITTEE FOR GREEN FOOTHILLS; CITIZENS' COMMITTEE TO COMPLETE THE REFUGE; and STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY AND ITS ADMINISTRATOR,<br><br>Defendants. | CASE NO: 3:19-cv-05941-WHA (lead case)<br><br>Consolidated with<br><br>No: 3:19-cv-05943-WHA<br><br>**STIPULATION REGARDING FINAL FEE SETTLEMENT AGREEMENT** |
| REDWOOD CITY PLANT SITE, LLC,<br><br>Intervenor-Defendant. | |

**STIPULATION; CASE NO. 3:19-cv-05941-WHA**

Defendants U.S. Environmental Protection Agency and its Administrator in his official capacity ("EPA") and Plaintiffs San Francisco Baykeeper, Save The Bay, Green Foothills, and Citizens' Committee To Complete The Refuge ("NGO Plaintiffs") stipulate as follows:

1. As of July 30, 2021, the parties have executed their settlement agreement as to costs and attorneys' fees and expenses.

Dated: July 30, 2021

**COTCHETT, PITRE & McCARTHY, LLP**

By: /s/ Sarvenaz J. Fahimi

JOSEPH W. COTCHETT
SARVENAZ "NAZY" J. FAHIMI

*Attorneys for Plaintiffs Save The Bay, Green Foothills, and Citizens' Committee to Complete the Refuge*

**EARTHRISE LAW CENTER**

By: /s/ Allison M. LaPlante
ALLISON M. LAPLANTE
JAMES N. SAUL

**SAN FRANCISCO BAYKEEPER, INC.**

NICOLE C. SASAKI

*Attorneys for Plaintiff San Francisco Baykeeper*


Dated: July 30, 2021

By: /s/ Andrew J. Doyle

U.S. Department of Justice
Environment & Natural Resources Division
c/o 450 Golden Gate Avenue, Suite 7-6549
San Francisco, CA 94102
(202) 532-3156 (mobile)
andrew.doyle@usdoj.gov

*Attorney for Defendants U.S. EPA and its Administrator in his official capacity*