UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, et al., | |
| Plaintiffs, | No. C 19–05941 WHA |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | **ORDER RE STIPULATION ON FEES SETTLEMENT** |
| Defendants. | |

Given the parties' execution of a settlement agreement as to attorney's fees and costs, this motion has become moot.

**IT IS SO ORDERED.**

Dated: July 30, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE