Andrew J. Doyle
andrew.doyle@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Div.
Tel: (202) 532-3156 (mobile)
Fax: (202) 514-8865

*Attorney for Defendants U.S. Environmental Protection Agency and its Administrator in his official capacity*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER; SAVE THE BAY; COMMITTEE FOR GREEN FOOTHILLS; CITIZENS' COMMITTEE TO COMPLETE THE REFUGE; and STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY AND ITS ADMINISTRATOR,<br><br>Defendants.<br><br>REDWOOD CITY PLANT SITE, LLC,<br><br>Intervenor-Defendant. | CASE NO: 3:19-cv-05941-WHA (lead case)<br><br>Consolidated with<br><br>No: 3:19-cv-05943-WHA<br><br>**STIPULATION REGARDING RECEIPT OF FEES PURSUANT TO SETTLEMENT AGREEMENT** |

**STIPULATION; CASE NO. 3:19-cv-05941-WHA**

|     |                                                                                                                                                                                        |
| --- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | Defendants U.S. Environmental Protection Agency and its Administrator in his official                                                                                                  |
| 2   | capacity ("EPA") and Plaintiffs San Francisco Baykeeper, Save The Bay, Green Foothills, and                                                                                            |
| 3   | Citizens' Committee To Complete The Refuge ("NGO Plaintiffs") stipulate as follows:                                                                                                    |
| 4   |     1.    NGO Plaintiffs have received all monies due pursuant to the parties' settlement                                                      |
| 5   | agreement as to costs and attorneys' fees and expenses.                                                                                                                                |
| 6   |     2.    By operation of the parties' prior stipulation, approved and entered by the Court on                                                 |
| 7   | July 12, 2021 (Dkt. No. 106 at 4 (of 4), lines 12-13), NGO Plaintiffs' Motion for Attorneys' Fees and                                                                                  |
| 8   | Costs under the Equal Access to Justice Act (Dkt. No. 94), is terminated, and this case is closed.                                                                                     |
| 9   | Dated:  September 27, 2021                                                                                                                                                             |
| 10  | **COTCHETT, PITRE & McCARTHY, LLP**                                                                                                                                                    |
| 11  | By:    /s/ *Sarvenaz J. Fahimi*                                                                                                                                    |
| 12  |       JOSEPH W. COTCHETT<br>      SARVENAZ "NAZY" J. FAHIMI                                                                 |
| 13  |                                                                                                                                                                                        |
| 14  | *Attorneys for Plaintiffs Save The Bay, Green Foothills, and Citizens' Committee to Complete the Refuge*                                                                               |
| 15  | **EARTHRISE LAW CENTER**                                                                                                                                                               |
| 16  | By:    */s/ Allison M. LaPlante*<br>      ALLISON M. LAPLANTE                                                                         |
| 17  |       JAMES N. SAUL                                                                                                                                      |
| 18  | **SAN FRANCISCO BAYKEEPER, INC.**                                                                                                                                                      |
| 19  |       NICOLE C. SASAKI                                                                                                                                   |
| 20  | *Attorneys for Plaintiff San Francisco Baykeeper*                                                                                                                                      |
| 21  |                                                                                                                                                                                        |
| 22  | Dated:  September 27, 2021                                                                                                                                                             |
| 23  | Todd Kim<br>Assistant Attorney General                                                                                                                                                 |
| 24  | By: /s/ *Andrew J. Doyle*                                                                                                                                                              |
| 25  | U.S. Department of Justice                                                                                                                                                             |
| 26  | Environment & Natural Resources Division<br>c/o 450 Golden Gate Avenue, Suite 7-6549                                                                                                   |
| 27  | San Francisco, CA  94102<br>(202) 532-3156 (mobile)                                                                                                                                    |
| 28  | andrew.doyle@usdoj.gov                                                                                                                                                                 |
|     | *Attorney for Defendants U.S. EPA and its Administrator in his official capacity*                                                                                                      |